IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN & CASSANDRA SPRINGER, individually and as Guardians Ad Litem for their minor children CAMERON S. and CHRISTIAN S., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF PLACER, THOMAS LIND, individually and as an employee of the COUNTY OF PLACER, RHONDA LARSON, individually and as an employee of the COUNTY OF PLACER, DAVID JOHNSON, individually and as an employee of the COUNTY OF PLACER, JENNIFER COOK, individually and as an employee of the COUNTY OF PLACER, DEBBIE MORRIS, individually and as an employee of the COUNTY OF PLACER, LISA GRIMALDI, individually and as an employee of the COUNTY OF PLACER, and Does 1-10 inclusive. <br><br> Defendants. | 02:06-cv-0310-GEB-DAD <br><br><br><br><br><br><br> ORDER |

Defendants move to withdraw referral of this case to the Voluntary Dispute Resolution Program ("VDRP"). Although the parties initially agreed to attend VDRP in their Joint Status Report filed May 22, 2006, Defendants now oppose attending VDRP because they believe it would be unproductive and waste judicial resources.

Therefore, the VDRP referral is withdrawn.  <u>See</u> L.R. 16-271 (c)(2) (stating "actions may not be assigned to VDRP over the objection of a party").

IT IS SO ORDERED.

Dated:  June 30, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge