IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOHN & CASSANDRA SPRINGER, et al., )
                                   )    2:06-cv-0310-GEB-DAD
                    Plaintiffs,    )
                                   )
     v.                            )    ORDER
                                   )
COUNTY OF PLACER, et al.,          )
                                   )
                    Defendants.    )
_____)
```

On November 17, 2006, the parties filed a "Stipulation Requesting Modification of Pre-Trial Order" in which they seek a "one month extension of the discovery cut-off to March 2, 200[7] . . . ."  (Stipulation at 2.)

Since the parties stipulate to having the referenced portion of the Status (Pretrial Scheduling) Order ("Status Order") modified, and the modification can be made in a manner that will not adversely affect the Court's docket, the good cause issue will not be reached.  Although the Stipulation only requested modification of the discovery completion deadline, granting the parties' requested change will affect subsequent prescribed dates

1

in the Status Order.  Thus, to accommodate the parties' request certain subsequently prescribed dates will also be modified.

Therefore, the Status Order is modified as follows:

(1)  Discovery shall be completed by March 2, 2007;

(2)  the last hearing date for motions shall be May 14, 2007, at 9:00 a.m.; and

(3)  the final pretrial conference is set for July 9, 2007, at 11:00 a.m.[1]

IT IS SO ORDERED.

Dated:  November 21, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] This closure of the time gap between the trial commencement date of September 11, 2007, and the final pretrial conference, necessitated to accommodate the parties' requested modification to the Status Order, will most likely mean that a federal judge supervised settlement conference will not be scheduled in this action because that was the purpose of the larger time gap.