ROBERT R. POWELL, ESQ.  CSB#159747
DENNIS R. INGOLS, ESQ.   CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200  F: 408-553-0203

Attorneys for Plaintiffs
JOHN & CASSANDRA SPRINGER, individually and as
Guardian Ad Litem for their minor
Children Cameron S. and Christian S.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| JOHN & CASSANDRA SPRINGER, ) | Case Number:  2:06 CV-00310-GEB-DAD |
| ) | |
| Plaintiffs, ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING ON MOTION |
| vs. ) | FOR SUMMARY JUDGMENT |
| ) | |
| COUNTY OF PLACER, et al., ) | |
| ) | |
| Defendants. ) | |

The parties hereto, in consultation with their respective counsel, do hereby stipulate and agree as follows, and request this court order same;

1. The hearing on the Defendants' Motion for Summary Judgment currently scheduled for May 14th, 2007, be rescheduled to May 29th, 2007, at 9:00 a.m., the dispositive motion hearing deadline of May 14th, 2007, notwithstanding.

2. The briefing deadlines associated are extended accordingly.

//

//

//

STIPULATION AND ORDER CONTINUING            1
SUMMARY JUDGMENT HEARING
U.S. District Court – Eastern District of California
Case No. CV 00310-GEB-DAD

1  IT IS SO STIPULATED.

2

3  _____/S/_____ 4/   /07          _____/S/_____ 4/   /07
   DAVID HUSKEY, Esq.                    ROBERT POWELL, Esq.
4  Attorney for Defendants               Attorney for Plaintiffs

5

6

7                          **ORDER**

8   Based on the foregoing stipulation of the parties, the court hereby adopts the proposed

9  stipulation as an order of this court.[1]

10 IT IS SO ORDERED.

11

12 Date:  April 25, 2007                    _____
                                            GARLAND E. BURRELL, JR.
13                                          United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

---

[1] Since the parties stipulate to this modification, and the modification can be made in a manner that will not adversely affect the Court's docket, the good cause issue will not be reached.

STIPULATION AND ORDER CONTINUING          2
SUMMARY JUDGMENT HEARING
U.S. District Court – Eastern District of California
Case No. CV 00310-GEB-DAD