UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SPRINGER; CASSANDRA SPRINGER; CAMERON S., guardian ad litem Cassandra Springer, guardian ad litem John Springer; CHRISTIAN S., guardian ad litem Cassandra Springer, guardian ad litem John Springer,<br><br>          Plaintiffs,<br><br>     v.<br><br>PLACER COUNTY; THOMAS LIND, individually and as an employee of the County of Placer; RHONDA LARSON, individually and as an employee of the County of Placer; DAVID JOHNSON, individually and as an employee of the County of Placer; JENNIFER COOK, individually and as an employee of the County of Placer; DEBBIE MORRIS, individually and as an employee of the County of Placer; LISA GRIMALDI, individually and as an employee of the County of Placer,<br><br>          Defendants. | 2:06-cv-00310-GEB-DAD<br><br>RESPONSE TO PLAINTIFFS' LETTER RE COLOR PHOTOGRAPH |

Plaintiffs' attorney sent chambers a letter dated September 15, 2008, in which he asks for return of a color copy of a photograph I do not have and do not recall ever seeing. The photograph is not in chambers. I assume that the law clerk who assisted me on the case received the referenced photograph and discarded it after a pending motion was decided, which typically occurs to documents submitted to chambers as courtesy copies.

1

Plaintiffs' communications about the photograph appear insufficient to have alerted chambers that Plaintiffs submitted to chambers their only copy of the referenced photograph.  It is unfortunate that Plaintiff failed to comply with local rule applicable to filings.

Dated:   September 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge