IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOHN SPRINGER; CASSANDRA SPRINGER;  )
CAMERON S., guardian ad litem       )    2:06-cv-00310-GEB-DAD
Cassandra Springer, guardian ad     )
litem John Springer; CHRISTIAN S.,  )    ORDER
guardian ad litem Cassandra         )
Springer, guardian ad litem John    )
Springer;                           )
                Plaintiffs,         )
                                    )
        v.                          )
                                    )
PLACER COUNTY;  THOMAS LIND,        )
individually and as an employee of  )
the County of Placer;  RHONDA       )
LARSON, individually and as an      )
employee of the County of Placer;   )
DAVID JOHNSON, individually and as  )
an employee of the County of        )
Placer; JENNIFER COOK, individually )
and as an employee of the County of )
Placer; LISA GRIMALDI, individually )
and as an employee of the County of )
Placer; DEBBIE MORRIS, individually )
and an employee of the County of    )
Placer,                             )
                                    )
                Defendants.         )
                                    )
```

Judgment shall be entered in favor of Defendant Debbie Morris based on the Ninth Circuit opinion filed in this action on August 7, 2009.

Dated: August 10, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28